FRONTO KING LLC.
208 Dudley St
Boston, MA 02119
Tobias Zimmerman
1.617.282.6100
www.frontoking.com

# Invoice

Date: 12/13/2013
Invoice No.: 10746
Salesperson: Trevor
Ship By: FedEx
Tracking Ref: 266613715010260

Bill To:
A TO Z WHOLESALE
A To Z WHOLESALE
1845 LAWRENCEVILLE HWY
DECATUR GA 3003

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 5000 | Fronto King Whole Leaf | $2.00 | $10,000.00 |
| | | Subtotal | $10,000.00 |
| | | Shipping: | $80.00 |
| | | Total Amt | $10,080.00 |
| | | Balance Due | $10,080.00 |

Please contact us for more information about payment options. We now accept all major credit cards. Product must be stored in a cool place between 36-65 degrees for maximum shelf life. We do not use preservatives!

Thank you for your business.

Feb 26 14 03:16p p.1

My Profile Support Locations English Search

FedEx Ship Track Manage Learn FedEx Office®

FedEx Ship Manager®

Logout Help

Ship | LTL Freight | | My Lists | Reports | My Profile

## Your Shipment Details

| | | | |
|---|---|---|---|
| From: | Trevor Ivy<br>Fronto King<br>36 IRMA STREET<br>FLOOR 2<br>DORCHESTER CENTER, MA<br>02124<br>US<br>6172299159 | Ship date: | 12/13/2013 |
| | | Weight: | 42 LBS |
| | | Declared value: | 0.00 USD |
| | | Package Contents: | |
| | | Document Description: | |
| | | Shipment Purpose: | |
| | | Invoice number: | |
| | | Freight On Value: | |
| | | Pricing Option: | FedEx Standard Rate |
| To: | ALI LISA<br>A TO Z WHOLESALE<br>1845 LAWRENCEVILLE HWY<br>DECATUR, GA 300335728<br>US<br>4046333515 | Service type: | FedEx Ground |
| | | Package type: | Your Packaging |
| | | Pickup/Drop Off: | Pickup requested, view Pickup History for details |
| | | Dimensions: | 20 x 20 x 20 in |
| | | Shipper account number: | MyAccount-517 |
| | | Bill transportation to: | MyAccount-517 |
| Tracking no.: | 266613715010277 | Status | Not closed |
| | | Courtesy rate quote:* | 22.09 |
| | | Published rates: | 28.32 |
| | | Effective net discount: | 38.80 |
| | | Discounted variable % | |
| | | List variable % | |
| | | Special services: | |
| | | Shipment type: | Ground |
| | | Commercial/Residential Status: | Commercial |

### Please note :

* The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

IMPORTANT: At the end of each business day, select "Ground End of Day Close" to transmit your shipping data. Then, print the Pickup Manifest that appears. This document is required when your shipment is tendered to FedEx. To access the "Ground End of Day Close" button, click the "Go to next steps" button on the shipping label screen, or click the "Track/History tab.

NOTE: Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request.

Search

Customer Focus | Featured Services | Companies | Follow FedEx

Company Information | Other Resources

© FedEx 1995-2014

Attn! Mark Robinson