

# Invoice

| | |
|---|---|
| Date | 7/2/2015 |
| Invoice # | INV-50-530 |
| | |
| Plant | Savannah |
| | |
| Due Date | 7/7/2015 |
| Currency | USD |
| Terms | Net 3 |

**Payments by Check:**
Epic Midstream, LLC
2200 West Loop South
Suite 550
Houston, TX 77027

**Bill To**
Donald Holmes
Vice President and CFO
Gen-X Energy Group, Inc.
2705 Saint Andrews Loop
Suite E
Pasco, WA  99301

**Wiring / ACH Instructions:**
Epic Midstream, LLC
Amegy Bank of Texas
Houston, TX
ABA: 113011258
Acct Nbr. 0054392981
SWIFT Code: SWBKUS44

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Tank Lease | May 2015 partial and June 2015 monthly tank lease | 1 | 92,731.42 | 92,731.42 |
| Other Charges | May 2015 ancillary charges | 1 | 5,077.44 | 5,077.44 |
| Tank Cleaning | Product removal Tank 2727 | 1 | 9,709.01 | 9,709.01 |
| Tank Lease | Monthly tank lease July 2015 thru June 2016 | 12 | 56,264.00 | 675,168.00 |
| Tank Circulation | June 2015 tank circulation charges (6 hours) | 6 | 35.07 | 210.42 |
| Tank Cleaning | Cleaning charges Tank 2727 | 1 | 17,572.00 | 17,572.00 |
| Tank Cleaning | Cleaning and Product Removal charges Tank 2024 | 1 | 40,825.00 | 40,825.00 |
| Other Charges | FRAC tank rental for Tank 2024 product removal (estimate) | 1 | 1,035.00 | 1,035.00 |
| Throughput | Remainder of contractual guarantee | 642,331 | 0.62 | 398,245.22 |
| Mitigation | Monthly tank lease from existing customer July 2015 thru June 2016 | 12 | (36,746.53) | (440,958.36) |

Total    $799,615.15

Exhibit "G"