**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | |
|---|---|
| Invoice: | E97534-00 |
| Page: | 1 of 1 |
| Date: | 05/30/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

SHIP TO
219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

BILL TO
219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms:    NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 130100 | 4 | CS | 0003338308044 | APPLE 12/3LB RED EASTERN (USA) | 3LB | 100210 | | 19.50 | | 78.00 |
| 060000 | 6 | CS | | ORANGES CARA CARA 5/8# USA | 3 lb | 112070 | | 17.50 | | 105.00 |
| 051700 | 1 | CS | 3112 | PAPAYA MARADOL (MEX) | LB | 116085 | | 32.00 | | 32.00 |
| 220200 | 1 | CS | 3082 | BROCCOLI CROWNS      (MEX) | LB | 120165 | | 29.50 | | 29.50 |
| 200100 | 10 | CS | 0003338360002 | ONIONS YELLOW LG/MED 16/3# (US | 3LB | 124030 | | 16.75 | | 167.50 |
| 045001 | 4 | CS | 857809001116 | TOMATOES 12/4 PK  USA | 4 | 127630 | | 8.95 | | 35.80 |
| 240000 | 2 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 21.50 |
| 240000 | 2 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 18.00 |
| 240000 | 3 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 28.50 |
| 240000 | 5 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 59.75 |
| 201701 | 1 | CS | 0004140900209 | CON GUACAMOLE MX XT SPICY 18/1 | EA | 138030 | | 10.25 | | 10.25 |
| 202001 | 2 | CS | 0004140900203 | CON POTATO TOPPING 18/1.5 OZ U | EA | 138055 | | 10.25 | | 20.50 |
| 201701 | 1 | CS | 0004140900230 | CON SALSA MIX HOT 18/1 OZ USA | EA | 138080 | | 10.25 | | 10.25 |
| 110200 | 1 | CS | PERO | PEPPER MINISWEET 12/16OZ | 1LB | 700404 | | 22.50 | | 22.50 |

MAJOR CATEGORY SUMMARY
        DESCRIPTION                              AMOUNT

    01-ALL PRODUCE                               639.05

                        **** GRAND TOTAL         639.05

| Dry: 0 | Refr: 43 | Froz: 0 | Total: 43 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | 639.05 | .00 | 639.05 | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _____

Return
Corr Amount

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA  30298

| | |
|---|---|
| **Invoice:** | E97896-00 |
| **Page:** | 1 of 1 |
| **Date:** | 06/01/15 |
| **Route:** | |
| **Driver:** | |
| **Acct Mgr:** | 12 12 Dock Med |
| **Cust PO:** | |
| **Ship Via:** | WILL CALL/CUST |

```
S
H  219964
I  SUPER SAVE FOODS
P  4100 REDAN RD
T  STONE MTN GA 30083
O  (404)501-9835
```

Terms:  NET 10 DAYS
Instr:

```
B
I  219964
L  SUPER SAVE FOODS
L  4100 REDAN RD
T  STONE MTN GA 30083
O
```

| Slot | Qty. | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 130100 | 3 | CS | 0003338308044 | APPLE 12/3LB RED EASTERN (USA) | 3LB | 100210 | | 19.50 | | 58.50 |
| 050300 | 1 | PK | | **SPLIT** PARSLEY ITALIAN 12EA | EA | 119162 | | 9.00 | | 9.00 |
| 050300 | 1 | PK | 4899 | PARSLEY **SPLIT** CALIF 12EA | EA | 119163 | | 9.00 | | 9.00 |
| 120000 | 1 | CS | 0003338366602 | CARROTS MINI PEELED 30/1LB USA | EA | 120370 | | 25.50 | | 25.50 |
| 240000 | 4 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 43.00 |
| 240000 | 2 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 18.00 |
| 240000 | 4 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 38.00 |
| 240000 | 2 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 23.90 |

MAJOR CATEGORY SUMMARY
         DESCRIPTION

                                        AMOUNT

        01=ALL PRODUCE                   224.90
                                       ------------
              **** GRAND TOTAL          224.90

| Dry: 0 | Refr: 18 | Froz: 0 | Total: 18 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | 224.90 | .00 | 224.90 | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18% compounded weekly, as provided by law.

X _____

Return
Corr Amount

Driver Copy

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | |
|---|---|
| Invoice: | E98518-00 |
| Page: | 1 of 1 |
| Date: | 06/03/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12  12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

S
H  219964
I  SUPER SAVE FOODS
P  4100 REDAN RD

T  STONE MTN GA 30083
O  (404)501-9835

Terms:  NET 10 DAYS
Instr:

B
I  219964
L  SUPER SAVE FOODS
L  4100 REDAN RD

T  STONE MTN GA 30083
O

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 053000 | 1 | CS | 4222 | AVOCADO 60CT HASS GREEN (MEX) | EA | 116014 | | 29.80 | | 29.80 |
| 140100 | 1 | CS | | PINEAPPLE GOLD 7CT (CR) | EA | 116093 | | 14.35 | | 14.35 |
| 052900 | 1 | CS | 4539 | BEET ROOT 25 LB (MEX/USA) | LB | 120124 | | 20.75 | | 20.75 |
| 210000 | 10 | CS | 0003584912003 | POTATO RUSSET 12/4# #1 (USA) | EA | 123316 | | 10.75 | | 107.50 |
| 200100 | 10 | CS | 0003338360002 | ONIONS YELLOW LG/MED 16/3# (US | 3LB | 124030 | | 21.00 | | 210.00 |
| 052700 | 1 | CS | | TOFU 12/1# FIRM | EA | 600900 | | 24.95 | | 24.95 |

MAJOR CATEGORY SUMMARY
　　DESCRIPTION

　　　　　　　　　　　　　　　　AMOUNT

　　　01=ALL PRODUCE　　　　　　407.35
　　　　　　　　　　　　　　　-----------
　　　　　　**** GRAND TOTAL　　407.35

| Dry: 0 | Refr: 24 | Froz: 0 | Total: 24 |
|---|---|---|---|

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

| | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|
| | 407.35 | .00 | 407.35 | |
| | | | Return | |
| | | | Corr Amount | |

X

Driver Copy

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | |
|---|---|
| Invoice: | E99236-00 |
| Page: | 1 of 1 |
| Date: | 06/05/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

S H I P T O
219964
SUPER SAVE FOODS
4100 REDAN RD

STONE MTN GA 30083
(404)501-9835

Terms: NET 10 DAYS
Instr:

B I L L T O
219964
SUPER SAVE FOODS
4100 REDAN RD

STONE MTN GA 30083

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 130100 | 5 | CS | 0003338308044 | APPLE 12/3LB RED EASTERN (USA) | 3LB | 100210 | | 19.50 | | 97.50 |
| 220200 | 1 | CS | 4078 | CORN YELLOW FCY (USA) | EA | 120800 | | 12.35 | | 12.35 |
| 110200 | 1 | CS | 4655 | OKRA (USA) | LB | 120965 | | 19.95 | | 19.95 |
| 110100 | 1 | CS | 4720 | PEPPERS HABANERO CASE (USA/DR) | LB | 125477 | | 36.00 | | 36.00 |
| 045001 | 8 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 10.40 | | 83.20 |
| 240000 | 4 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 43.00 |
| 240000 | 1 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 9.00 |
| 240000 | 4 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 38.00 |
| 240000 | 5 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 59.75 |
| 110200 | 1 | CS | 4761 | HISPANIC SQUASH CHAYOTE (CR) | LB | 600105 | | 25.25 | | 25.25 |

MAJOR CATEGORY SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| 01=ALL PRODUCE | 424.00 |
| | ---------- |
| ***** GRAND TOTAL | 424.00 |

| | | | | | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|---|
| Dry: 0 | Refr: 31 | Froz: 0 | Total: 31 | | 424.00 | .00 | 424.00 | |
| | | | | | | | Return | |
| | | | | | | | Corr Amount | |

X _____

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

Driver Copy

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | |
|---|---|
| Invoice: | E99531-00 |
| Page: | 1 of 2 |
| Date: | 06/06/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

```
S  219964
I  SUPER SAVE FOODS
C  4100 REDAN RD
?

C  STONE MTN GA 30083
)  (404)501-9835
```

```
B  219964
I  SUPER SAVE FOODS
L  4100 REDAN RD
L
T  STONE MTN GA 30083
O
```

Terms:    NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| 200100 | 1 | CS | 4261 | COCONUTS 24CT (DR) | EA | 116050 | | 34.25 | | 34.25 |
| 220200 | 1 | CS | 4068 | ONION GREEN PENCIL (MEX) | EA | 119230 | | 15.25 | | 15.25 |
| 220200 | 4 | CS | 4575 | CELERY HEARTS 18CT (USA) | EA | 120580 | | 27.50 | | 27.50 |
| 210000 | 10 | CS | 4619 | GRENS TURNIP SALAD-24CT (USA) | | 120971 | | 11.50 | | 46.00 |
| 240100 | 3 | CS | 688962013100 | POTATO IDAHO 6/8# #1 (USA) | EA | 123323 | | 9.85 | | 98.50 |
| 240100 | 3 | CS | 68896201106 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 31.50 |
| 240000 | 2 | CS | 071430010659 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 31.50 |
| 240000 | 3 | CS | 071430010697 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 19.00 |
| 210000 | 2 | CS | 0-94977-00201- | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 35.85 |
| 210000 | 2 | CS | 0-94977-00207- | G.F. BASIL 6/.25OZ USA | EA | 131150 | | 4.25 | | 8.50 |
| 210000 | 2 | CS | 0-94977-00213- | G.F DILL 6/.25OZ USA | EA | 131154 | | 4.25 | | 8.50 |
| 210000 | 2 | CS | 0-94977-00214- | G.F MARJORAM 6/.25OZ PERU | EA | 131155 | | 4.25 | | 8.50 |
| 210000 | 1 | CS | 0-94977-00116- | G.F MINT 6/.25OZ (COL) | EA | 131156 | | 4.25 | | 4.25 |
| 210000 | 2 | CS | 0-94977-00217- | G.F OREGANO 6/.25OZ USA | EA | 131157 | | 4.25 | | 8.50 |
| 210000 | 2 | CS | 0-94977-00218- | G.F ROSEMARY 6/.25OZ (COL) | EA | 131160 | | 4.25 | | 8.50 |
| 210000 | 4 | CS | 0-94977-00222- | G.F SAGE 6/.25OZ MEX | EA | 131161 | | 4.25 | | 8.50 |
| 062100 | 1 | CS | 3064 | G.F THYME 6/.25OZ (COL) | EA | 131163 | | 4.25 | | 17.00 |
| | | | | HISPANIC ALOE VERA LEAVES (ZAB | EA | 600108 | | 18.00 | | 18.00 |

MAJOR CATEGORY SUMMARY

| DESCRIPTION | AMOUNT |
|-------------|--------|
| 01=ALL PRODUCE | 429.60 |

| Dry: 0 | Refr: 46 | Froz: 0 | Total: 46 | Subtotal | Tax | Inv Total | Ext Ret Total |
|--------|----------|---------|-----------|----------|-----|-----------|---------------|
| | | | | | | | CONTINUED |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _____

| Return | |
|--------|--|
| Corr Amount | |

Driver Copy

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

Invoice: E99531-00
Page: 2 of 2
Date: 06/06/15
Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

S 219964
H SUPER SAVE FOODS
I 4100 REDAN RD
P
T STONE MTN GA 30083
O (404)501-9835

B 219964
I SUPER SAVE FOODS
L 4100 REDAN RD
L
T STONE MTN GA 30083
O

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| | | | | **** GRAND TOTAL | 429.60 | | | | | |

| Dry: 0 | Refr: 46 | Froz: 0 | Total: 46 | Subtotal | Tax | Inv Total | Ext Ret Total |
|--------|----------|---------|-----------|----------|-----|-----------|---------------|
| | | | | 429.60 | .00 | 429.60 | |

he perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C
of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim
over these commodities, all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received.
All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice,
customer agrees to pay all costs, including reasonable attorney's fees.
If this invoice is not paid according to its terms, you will be charged
interest at a rate of 18% compounded weekly, as provided by law.

X

Return
Corr Amount

Driver Copy

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

Invoice: E99579-00
Page: 1 of 1
Date: 06/06/15
Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

S
H  219964
I  SUPER SAVE FOODS
P  4100 REDAN RD

T  STONE MTN GA 30083
O  (404)501-9835

B
I  219964
L  SUPER SAVE FOODS
L  4100 REDAN RD

T  STONE MTN GA 30083
O

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| 980000 | 15 | CS | 0040701100055 | DOLE GARDEN SALAD 12/12 | EA | 900050 | | 5.00 | | 75.00 |

MAJOR CATEGORY SUMMARY
         DESCRIPTION                          AMOUNT

         01=ALL PRODUCE                         75.00

                        **** GRAND TOTAL        75.00

| Dry: 0 | Refr: 15 | Froz: 0 | Total: 15 | Subtotal | Tax | Inv Total | Ext Ret Total |
|--------|----------|---------|-----------|----------|-----|-----------|---------------|
| | | | | 75.00 | .00 | 75.00 | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X

Return
Corr Amount

Driver Copy

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

Invoice: E99976-00
Page: 1 of 2
Date: 06/08/15
Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

S H I P | 219964
SUPER SAVE FOODS
4100 REDAN RD

T O | STONE MTN GA 30083
(404)501-9835

B I L L | 219964
SUPER SAVE FOODS
4100 REDAN RD

T O | STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| 050300 | 1 | PK | | **SPLIT** PARSLEY ITALIAN 12EA | EA | 119162 | | 9.20 | | 9.20 |
| 050300 | 1 | PK | 4899 | PARSLEY **SPLIT** CALIF 12EA | EA | 119163 | | 9.00 | | 9.00 |
| 220200 | 1 | CS | 4889 | CILANTRO 2 1/2 DZ (USA/MEX) | EA | 119200 | | 18.95 | | 18.95 |
| 220200 | 2 | CS | 4068 | ONION GREEN PENCIL (MEX) | EA | 119230 | | 15.25 | | 30.50 |
| 120000 | 1 | CS | 0003338366602 | CARROTS MINI PEELED 30/1LB USA | EA | 120370 | | 25.50 | | 25.50 |
| 120000 | 1 | CS | 4070 | CELERY SLEEVED 3 DZ (USA) | EA | 120595 | | 29.90 | | 29.90 |
| 240100 | 2 | CS | 0-28764-70223- | CUT&CLEAN GA COLLARD 8/1LB (US | EA | 120973 | | 11.95 | | 23.90 |
| 240100 | 1 | CS | 0-28764-70224- | CUT&CLEAN GA MUSTARD 8/1LB (US | EA | 120974 | | 11.95 | | 11.95 |
| 240100 | 3 | CS | 0-28764-70228- | CUT&CLEAN GA TURNIPS 8/1LB (US | EA | 120976 | | 11.95 | | 35.85 |
| 240100 | 1 | CS | 0-28764-65222- | CUT&CLEAN GA KALE 8/1LB (USA | EA | 120977 | | 11.95 | | 11.95 |
| 150101 | 1 | CS | 4073 | POTATOES RED B'S (USA) | LB | 123420 | | 24.25 | | 24.25 |
| 045001 | 4 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 12.50 | | 50.00 |
| 240000 | 1 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 9.00 |
| 240000 | 2 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 19.00 |
| 240000 | 2 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 23.90 |
| 240000 | 3 | CS | 0-45388-80014- | TF POPEYE SELECT SPINACH 12/10 | EA | 127829 | | 15.75 | | 47.25 |
| 972400 | 1 | CS | 0078783506101 | CARROTS SHREDDED 12/10 OZ USA | EA | 180115 | | 11.50 | | 11.50 |
| 110200 | 1 | CS | PERO | PEPPER MINISWEET 12/16OZ | 1LB | 700404 | | 22.50 | | 22.50 |

MAJOR CATEGORY SUMMARY
DESCRIPTION

AMOUNT

01=ALL PRODUCE

414.10

| Dry: 0 | Refr: 29 | Froz: 0 | Total: 29 | Subtotal | Tax | Inv Total | Ext Ret Total |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499(e)(1)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

CONTINUED

Return
Corr Amount

---

Driver Copy

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

Invoice: E99976-00
Page: 2 of 2
Date: 06/08/15
Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

S H I P | 219964
SUPER SAVE FOODS
4100 REDAN RD

T O | STONE MTN GA 30083
(404)501-9835

B I L L | 219964
SUPER SAVE FOODS
4100 REDAN RD

T O | STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| | | | | **** GRAND TOTAL | | | | 414.10 | | |

Driver Copy

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | |
|---|---|
| Invoice: | F00327-00 |
| Page: | 1 of 1 |
| Date: | 06/09/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

S
H  219964
I  SUPER SAVE FOODS
P  4100 REDAN RD

T  STONE MTN GA 30083
O  (404)501-9835

B  219964
I  SUPER SAVE FOODS
L  4100 REDAN RD
L
T  STONE MTN GA 30083
O

Terms:    NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| 210000 | 20 | CS | 0003584912003 | POTATO RUSSET 12/4# #1 (USA) | EA | 123316 | | 10.75 | | 215.00 |
| 200100 | 15 | CS | 0003338360002 | ONIONS YELLOW LG/MED 16/3# (US | 3LB | 124030 | | 19.95 | | 299.25 |
| 240100 | 3 | CS | 68896201310O | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 31.50 |
| 240100 | 3 | CS | 68896201106 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 31.50 |
| 240000 | 1 | CS | 45388-88031-8 | ROMAINE HEART 12/3 CT. | EA | 127812 | | 18.80 | | 18.80 |
| 110200 | 1 | CS | | PERO PEPPER STOPLIGHT 12/3CT ( | EA | 700400 | | 35.50 | | 35.50 |

MAJOR CATEGORY SUMMARY
        DESCRIPTION

                                        AMOUNT

        01=ALL PRODUCE                   631.55
                                        -----------
                **** GRAND TOTAL        631.55

| Drv: 0 | Refr: 43 | Froz: 0 | Total: 43 | Subtotal | Tax | Inv Total | Ext Ret Total |
|--------|----------|---------|-----------|----------|-----|-----------|---------------|
| | | | | 631.55 | .00 | 631.55 | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If the invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _[signature]_

| Return | |
|---|---|
| Corr Amount | |

Driver Copy

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

| | | |
|---|---|---|
| Invoice: | F01018-00 |
| Page: | 1 of 1 |
| Date: | 06/11/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

S
H  219964
I  SUPER SAVE FOODS
P  4100 REDAN RD
T  STONE MTN GA 30083
O  (404)501-9835

B  219964
I  SUPER SAVE FOODS
L  4100 REDAN RD
L
T  STONE MTN GA 30083
O

Terms:    NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 130100 | 4 | CS | 0003338308044 | APPLE 12/3LB RED EASTERN (USA) | 3LB | 100210 | | 19.50 | | 78.00 |
| 051600 | 1 | CS | | GARLIC / PEELED 4/5LB (USA) | | 118115 | | 48.50 | | 48.50 |
| 120000 | 1 | CS | 0003338366602 | CARROTS MINI PEELED 30/1LB USA | EA | 120370 | | 25.50 | | 25.50 |
| 210000 | 10 | CS | 0003338353030 | POTATO RUSSET 6/8# #1 (USA) | EA | 123318 | | 9.85 | | 98.50 |
| 210000 | 1 | CS | 0-94977-00201- | G.F. BASIL 6/.25OZ USA | EA | 131150 | | 4.25 | | 4.25 |
| 210000 | 1 | CS | 0-94977-00214- | G.F MINT 6/.25OZ (COL) | EA | 131156 | | 4.25 | | 4.25 |
| 210000 | 1 | CS | 0-94977-00116- | G.F OREGANO 6/.25OZ USA | EA | 131157 | | 4.25 | | 4.25 |
| 210000 | 3 | CS | 0-94977-00222- | G.F THYME 6/.25OZ (COL) | EA | 131163 | | 4.25 | | 4.25 |
| 201701 | 3 | CS | 0004140900227 | CON YAM/SWEET POT GLAZE MIX DR | EA | 138095 | | 10.25 | | 12.75 |
| 201500 | 1 | CS | 0004140901105 | CON LEMON JUICE 24/4.5 OZ (USA | EA | 138400 | | 10.75 | | 30.75 |
| 202001 | 1 | CS | 0004140901106 | CON LIME JUICE 24/4.5 (USA) | EA | 138410 | | 10.75 | | 10.75 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                              AMOUNT

01=ALL PRODUCE                          328.25
                                       -----------
**** GRAND TOTAL        328.25

| Dry: 0 | Refr: 27 | Froz: 0 | Total: 27 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | 328.25 | .00 | 328.25 | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(c)), The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X

| | |
|---|---|
| Return | |
| Corr Amount | |

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

Invoice: F01725-00
Page: 1 of 1
Date: 06/13/15
Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

S 219964
H SUPER SAVE FOODS
I 4100 REDAN RD
P
T STONE MTN GA 30083
O (404)501-9835

B 219964
I SUPER SAVE FOODS
L 4100 REDAN RD
L
T STONE MTN GA 30083
O

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| 130100 | 3 | CS | 0003338308044 | APPLE 12/3LB RED EASTERN (USA) | 3LB | 100210 | | 19.50 | | 58.50 |
| 200100 | 1 | CS | 4261 | COCONUTS 24CT (DR) | EA | 116050 | | 34.25 | | 34.25 |
| 050300 | 1 | PK | | **SPLIT** PARSLEY ITALIAN 12EA | EA | 119162 | | 9.00 | | 9.00 |
| 050300 | 1 | PK | 4899 | PARSLEY **SPLIT** CALIF 12EA | EA | 119163 | | 9.00 | | 9.00 |
| 220200 | 2 | CS | 3082 | BROCCOLI CROWNS (MEX) | LB | 120165 | | 20.45 | | 40.90 |
| 210000 | 10 | CS | 0003584912003 | POTATO RUSSET 12/4# #1 (USA) | EA | 123316 | | 10.75 | | 107.50 |
| 200100 | 10 | CS | 0003338360002 | ONIONS YELLOW LG/MED 16/3# (US | 3LB | 124030 | | 19.95 | | 199.50 |
| 110100 | 1 | CS | 4720 | PEPPERS HABANERO CASE (USA/DR) | LB | 125477 | | 36.00 | | 36.00 |
| 240100 | 3 | CS | 68896201310 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 31.50 |
| 240100 | 3 | CS | 68896201106 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 31.50 |
| 045001 | 6 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 12.50 | | 75.00 |
| 240000 | 4 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 43.00 |
| 240000 | 3 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 27.00 |
| 240000 | 4 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 38.00 |
| 240000 | 5 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 59.75 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                          AMOUNT

   01=ALL PRODUCE                     800.40

**** GRAND TOTAL        800.40

| Dry: 0 | Refr: 57 | Froz: 0 | Total: 57 | Subtotal | Tax | Inv Total | Ext Ret Total |
|--------|----------|---------|-----------|----------|-----|-----------|---------------|
| | | | | 800.40 | .00 | 800.40 | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X

Return
Corr Amount

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

| Invoice: | F02136-00 |
|---|---|
| Page: | 1 of 1 |
| Date: | 06/15/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

219964
SUPER SAVE FOODS
4100 REDAN RD

STONE MTN GA 30083
(404)501-9835

Terms: NET 10 DAYS
Instr:

B
I  219964
L  SUPER SAVE FOODS
L  4100 REDAN RD

T  STONE MTN GA 30083
O

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 130100 | 4 | CS | 0003338308044 | APPLE 12/3LB RED EASTERN (USA) | 3LB | 100210 | | 19.50 | | 78.00 |
| 240100 | 1 | CS | 0071822600001 | SPROUTS ALFALFA CUP 12/4OZ(USA | EA | 119150 | | 15.95 | | 15.95 |
| 220200 | 2 | CS | 3082 | BROCCOLI CROWNS (MEX) | LB | 120165 | | 16.25 | | 32.50 |
| 120000 | 1 | CS | 4070 | CELERY CALIF 3 DZ (USA) | EA | 120520 | | 22.00 | | 22.00 |
| 200100 | 1 | CS | 4663 | ONIONS WHITE JUMBO 50LB (USA) | LB | 124130 | | 24.15 | | 24.15 |
| 240100 | 2 | CS | 688962013100 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 21.00 |
| 240100 | 2 | CS | 68896201106 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 21.00 |
| 045001 | 6 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 12.70 | | 76.20 |
| 240000 | 3 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 32.25 |
| 240000 | 1 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 9.00 |
| 240000 | 3 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 35.85 |
| 240000 | 2 | CS | 0-45388-80014- | TF POPEYE SELECT SPINACH 12/10 | EA | 127829 | | 15.75 | | 31.50 |

MAJOR CATEGORY SUMMARY
       DESCRIPTION                          AMOUNT

    01=ALL PRODUCE                          399.40
                                        --------------
                    **>* GRAND TOTAL       399.40

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C
of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim
over these commodities, all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received.
If products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice,
customer agrees to pay all costs, including reasonable attorney's fees.
If this invoice is not paid according to its terms, you will be charged
interest at a rate of 18%, compounded weekly, as provided by law.

| | Dry: 0 | Refr: 28 | Froz: 0 | Total: 28 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | 399.40 | .00 | 399.40 | |
| | | | X | | | | Return | |
| | | | | | | | Corr Amount | |

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

| Invoice: | F02520-00 |
| Page: | 1 of 1 |
| Date: | 06/16/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

219964
SUPER SAVE FOODS
4100 REDAN RD

STONE MTN GA 30083
(404)501-9835

B
I  219964
L  SUPER SAVE FOODS
L  4100 REDAN RD

T  STONE MTN GA 30083
O

Terms:    NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| 060000 | 2 | CS | 4045 | CHERRIES BING 18LB (USA) | LB | 115130 | | 38.70 | | 77.40 |
| 210000 | 15 | CS | 0003584912003 | POTATO RUSSET 12/4# #1 (USA) | EA | 123316 | | 10.75 | | 161.25 |
| 210000 | 10 | CS | 0003338353030 | POTATO RUSSET 6/8# #1 (USA) | EA | 123318 | | 9.30 | | 93.00 |

MAJOR CATEGORY SUMMARY
          DESCRIPTION                              AMOUNT

          01=ALL PRODUCE                           331.65
                                                 -----------
                          **** GRAND TOTAL        331.65

| Dry: 0 | Refr: 27 | Froz: 0 | Total: 27 | Subtotal | Tax | Inv Total | Ext Ret Total |
|--------|----------|---------|-----------|----------|-----|-----------|---------------|

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18% compounded weekly, as provided by law.

Subtotal 331.65    Tax .00    Inv Total 331.65

X

Return
Corr Amount

Driver Copy

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

Invoice: F02573-00
Page: 1 of 1
Date: 06/16/15
Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

219964
SUPER SAVE FOODS
4100 REDAN RD

STONE MTN GA 30083
(404)501-9835

B
I   219964
L   SUPER SAVE FOODS
L   4100 REDAN RD

T   STONE MTN GA 30083
O

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| 970000 | 2 | CS | | APPLES / CANDY OLD FASHIONED | 2 EA | 138635 | | 24.85 | | 49.70 |

MAJOR CATEGORY SUMMARY
        DESCRIPTION                          AMOUNT

        01=ALL PRODUCE                         49.70

                            **** GRAND TOTAL    49.70

| Dry: 0 | Refr: 2 | Froz: 0 | Total: 2 | Subtotal | Tax | Inv Total | Ext Ret Total |
|--------|---------|---------|----------|----------|-----|-----------|---------------|
| | | | | 49.70 | .00 | 49.70 | |

he perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C
f the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim
ver these commodities, all inventories of food or other products derived from these commodities, and any receivables or
rocoeds from the sale of these commodities until full payment is received.
l products must be washed and/or cooked before serving.
n the event action is necessary for the collection of this invoice,
ustomer agrees to pay all costs, including reasonable attorney's fees.
 this invoice is not paid according to its terms, you will be charged
iterest at a rate of 18%, compounded weekly, as provided by law.

X

Return

Corr Amount

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | |
|---|---|
| Invoice: | F03619-00 |
| Page: | 1 of 2 |
| Date: | 06/19/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

S
H  219964
I  SUPER SAVE FOODS
P  4100 REDAN RD
T  STONE MTN GA 30083
O  (404)501-9835

B
I  219964
L  SUPER SAVE FOODS
L  4100 REDAN RD
T  STONE MTN GA 30083
O

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 130100 | 2 | CS | 0003338308313 | APPLE 12/3LB ROME EASTERN (USA | EA | 100240 | | 19.50 | | 39.00 |
| 050300 | 1 | PK | | **SPLIT** PARSLEY ITALIAN 12EA | EA | 119162 | | 9.00 | | 9.00 |
| 050300 | 1 | PK | 4899 | PARSLEY **SPLIT** CALIF 12EA | EA | 119163 | | 9.00 | | 9.00 |
| 110100 | 1 | CS | 4720 | PEPPERS HABANERO CASE (USA/DR) | LB | 125477 | | 36.00 | | 36.00 |
| 240100 | 1 | CS | 68896201310O | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 10.50 |
| 240100 | 2 | CS | 68896201106 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 21.00 |
| 045001 | 3 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 12.70 | | 38.10 |
| 240000 | 6 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 64.50 |
| 240000 | 2 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 18.00 |
| 240000 | 4 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 38.00 |
| 240000 | 6 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 71.70 |
| 210000 | 2 | CS | 0-94977-00201- | G.F. BASIL 6/.25OZ USA | EA | 131150 | | 4.25 | | 8.50 |
| 210000 | 2 | CS | 0-94977-00207- | G.F DILL 6/.25OZ USA | EA | 131154 | | 4.25 | | 8.50 |
| 210000 | 2 | CS | 0-94977-00214- | G.F MINT 6/.25OZ (COL) | EA | 131156 | | 4.25 | | 8.50 |
| 210000 | 3 | CS | 0-94977-00222- | G.F THYME 6/.25OZ (COL) | EA | 131163 | | 4.25 | | 12.75 |
| 201701 | 2 | CS | 0004140900201 | CON COLE SLAW MIX 18/2.5OZ USA | EA | 138020 | | 10.25 | | 20.50 |
| 110200 | 1 | CS | | PERO PEPPER STOPLIGHT 12/3CT ( | EA | 700400 | | 35.50 | | 35.50 |

MAJOR CATEGORY SUMMARY
  DESCRIPTION                                    AMOUNT

  01=ALL PRODUCE                                 449.05
                                             ------------

| Dry: 0 | Refr: 41 | Froz: 0 | Total: 41 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounding weekly, as provided by law.

X _____

CONTINUED

Return

Corr Amount

Driver Copy

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | |
|---|---|
| Invoice: | F03619-00 |
| Page: | 2 of 2 |
| Date: | 06/19/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

```
S   219964
H   SUPER SAVE FOODS
I   4100 REDAN RD
P
T   STONE MTN GA 30083
O   (404)501-9835

Terms:    NET 10 DAYS
Instr:
```

```
B   219964
I   SUPER SAVE FOODS
L   4100 REDAN RD
L
T   STONE MTN GA 30083
O
```

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
| | | | | **** GRAND TOTAL | 449.05 | | | | | |

| Dry: 0 | Refr: 41 | Froz: 0 | Total: 41 | Subtotal | Tax | Inv Total | Ext Ret Total |
|--------|----------|---------|-----------|----------|-----|-----------|---------------|
| | | | | 449.05 | .00 | 449.05 | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18% compounded weekly, as provided by law.

X _____

Return

Corr Amount