Driver Copy

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | | |
|---|---|---|
| Invoice: | F03977-00 | |
| Page: | 1 of 1 | |
| Date: | 06/20/15 | |
| Route: | | |
| Driver: | | |
| Acct Mgr: | 12 12 Dock Med | |
| Cust PO: | | |
| Ship Via: | WILL CALL/CUST | |

SHIP TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

BILL TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 220200 | 2 | CS | 4068 | ONION GREEN PENCIL (MEX) | EA | 119230 | | 15.25 | | 30.50 |
| 220200 | 2 | CS | 3082 | BROCCOLI CROWNS (MEX) | LB | 120165 | | 16.25 | | 32.50 |
| 120000 | 1 | CS | 0003338366602 | CARROTS MINI PEELED 30/1LB USA | EA | 120370 | | 25.50 | | 25.50 |
| 210000 | 10 | CS | 0003338353030 | POTATO RUSSET 6/8# #1 (USA) | EA | 123318 | | 9.30 | | 93.00 |
| 240000 | 2 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 21.50 |
| 240000 | 1 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 9.00 |
| 240000 | 2 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 19.00 |
| 240000 | 3 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 35.85 |
| 210000 | 1 | CS | 0-94977-00217- | G.F ROSEMARY 6/.25OZ (COL) | EA | 131160 | | 4.25 | | 4.25 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                               AMOUNT

01=ALL PRODUCE                            271.10
                                          ------------
                    **** GRAND TOTAL      271.10

| Dry: 0 | Refr: 24 | Froz: 0 | Total: 24 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | 271.10 | .00 | 271.10 | |
| | | | | Return | | | |
| | | | | Corr Amount | | | |

X _(signature)_

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or procedes from the sale of these commodities until full payment is received.
All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

Driver Copy

Invoice: F04391-00
Page: 1 of 2
Date: 06/22/15
Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | |
|---|---|
| S<br>H<br>I<br>P<br>T<br>O | 219964<br>SUPER SAVE FOODS<br>4100 REDAN RD<br>STONE MTN GA 30083<br>(404)501-9835 |
| B<br>I<br>L<br>L<br>T<br>O | 219964<br>SUPER SAVE FOODS<br>4100 REDAN RD<br>STONE MTN GA 30083 |

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 200100 | 1 | CS | 4261 | COCONUTS 24CT (DR) | EA | 116050 | | 34.25 | | 34.25 |
| 240100 | 1 | CS | 0071822600001 | SPROUTS ALPALFA CUP 12/4OZ (USA | EA | 119150 | | 15.95 | | 15.95 |
| 220200 | 1 | CS | 4889 | CILANTRO 2 1/2 DZ (USA/MEX) | EA | 119200 | | 18.95 | | 18.95 |
| 220200 | 1 | CS | 4068 | ONION GREEN PENCIL (MEX) | EA | 119230 | | 15.25 | | 15.25 |
| 120000 | 1 | CS | 0003338366602 | CARROTS MINI PEELED 30/1LB USA | EA | 120370 | | 25.00 | | 25.00 |
| 240100 | 4 | CS | 0-28764-70223- | CUT&CLEAN GA COLLARD 8/1LB (US | EA | 120973 | | 11.95 | | 47.80 |
| 240100 | 1 | CS | 0-28764-70224- | CUT&CLEAN GA MUSTARD 8/1LB (US | EA | 120974 | | 11.95 | | 11.95 |
| 240100 | 3 | CS | 0-28764-70228- | CUT&CLEAN GA TURNIPS 8/1LB (US | EA | 120976 | | 11.95 | | 35.85 |
| 240100 | 1 | CS | 0-28764-65222- | CUT&CLEAN GA KALE 8/1LB (USA | EA | 120977 | | 11.95 | | 11.95 |
| 200100 | 1 | CS | 4663 | ONIONS WHITE JUMBO 50LB (USA) | LB | 124130 | | 23.50 | | 23.50 |
| 110100 | 1 | CS | 4720 | PEPPERS HABANERO CASE (USA/DR) | LB | 125477 | | 36.00 | | 36.00 |
| 240100 | 2 | CS | 688962013100 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 21.00 |
| 045001 | 6 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 11.50 | | 69.00 |
| 240100 | 2 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 21.50 |
| 240000 | 2 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 18.00 |
| 240000 | 2 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 19.00 |
| 240000 | 3 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 35.85 |
| 972400 | 1 | CS | 0078783506101 | CARROTS SHREDDED 12/10 OZ USA | EA | 180115 | | 11.50 | | 11.50 |
| 110200 | 1 | CS | 4761 | HISPANIC SQUASH CHAYOTE (CR) | LB | 600105 | | 24.75 | | 24.75 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                                    AMOUNT

| Drv: 0 | Refr: 35 | Froz: 0 | Total: 35 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | CONTINUED |
| | | | | | | Return | |
| | | | | | | Corr Amount | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _[signature]_

Collins Brothers Produce
PO Box 1025
Forest Park, GA  30298

| | |
|---|---|
| Route: | |
| Driver: | |
| Acct Mgr: | 12  12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

S 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

B 219964
I SUPER SAVE FOODS
L 4100 REDAN RD
L
T STONE MTN GA 30083
O

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 01=ALL PRODUCE | 497.05 | | | | | |
| | | | | **** GRAND TOTAL | 497.05 | | | | | |

| Dry: 0 | Refr: 35 | Froz: 0 | Total: 35 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | 497.05 | .00 | 497.05 | |
| | | | | Return | | | |
| | | | | Corr Amount | | | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _____

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| Invoice: | F05449-00 |
|---|---|
| Page: | 1 of 2 |
| Date: | 06/25/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12  12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

B   219964
    SUPER SAVE FOODS
    4100 REDAN RD
C   STONE MTN GA 30083
    (404)501-9835

BILL TO
    219964
    SUPER SAVE FOODS
    4100 REDAN RD
    STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 130100 | 5 | CS | 0003338308313 | APPLE 12/3LB ROME EASTERN (USA | EA | 100240 | | 24.95 | | 124.75 |
| 040000 | 4 | CS | 4011 | BANANA STG 2 (EC.HN.GT.CR) | LB | 116030 | | 17.25 | | 69.00 |
| 050300 | 1 | PK | | **SPLIT** PARSLEY ITALIAN 12EA | EA | 119162 | | 9.00 | | 9.00 |
| 050300 | 1 | PK | 4899 | PARSLEY **SPLIT** CALIF 12EA | EA | 119163 | | 9.00 | | 9.00 |
| 120000 | 1 | CS | 0003338366602 | CARROTS MINI PEELED 30/1LB USA | EA | 120370 | | 25.00 | | 25.00 |
| 240100 | 1 | CS | 0003338367600 | MUSHROOMS 12/8OZ SLICED (USA) | EA | 121203 | | 14.25 | | 14.25 |
| 240100 | 3 | CS | 688962013100 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 31.50 |
| 240100 | 3 | CS | 68896201106 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 31.50 |
| 045001 | 6 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 11.50 | | 69.00 |
| 240000 | 2 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 18.00 |
| 240000 | 2 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 19.00 |
| 240000 | 5 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 59.75 |
| 210000 | 2 | CS | 0-94977-00214- | G.F MINT 6/.25OZ (COL) | EA | 131156 | | 4.25 | | 8.50 |
| 210000 | 4 | CS | 0-94977-00222- | G.F THYME 6/.25OZ (COL) | EA | 131163 | | 4.25 | | 17.00 |
| 242002 | 2 | CS | 10810051010531 | SUNDIA PURELY PINEAPPLE 12/7OZ | EA | 700260 | | 9.65 | | 19.30 |
| 242002 | 2 | CS | 10810051010487 | SUNDIA RUBY GRAPEFRUIT 12/7OZ | EA | 700265 | | 9.65 | | 19.30 |
| 242002 | 2 | CS | 10810051010500 | SUNDIA PERF.PEACH CHNKS 12/7OZ | EA | 700270 | | 9.65 | | 19.30 |
| 110200 | 2 | CS | PERO | PEPPER MINISWEET 12/16OZ | 1LB | 700404 | | 22.50 | | 45.00 |

MAJOR CATEGORY SUMMARY
    DESCRIPTION                                         AMOUNT
    01=ALL PRODUCE                                      608.15

| Dry: 0 | Refr: 48 | Froz: 0 | Total: 48 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | CONTINUED |
| | | | | | | Return | |
| | | | | | | Corr Amount | |

X _[signature]_

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499(e)etc). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

Driver Copy

Invoice: F05449-00
Page: 2 of 2
Date: 06/25/15
Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404) 501-9835

BILL TO
219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|------|-----|-----|-------|-------------|------|------|--------|-------|-----|--------|
|      |     |     |       | **** GRAND TOTAL | 608.15 | | | | | |

Dry: 0    Refr: 48    Froz: 0    Total: 48

| Subtotal | Tax | Inv Total | Ext Ret Total |
|----------|-----|-----------|---------------|
| 608.15   | .00 | 608.15    |               |

Return
Corr Amount

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _____

Driver Copy

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | | |
|---|---|---|
| Credit: | F05449-0A | |
| Page: | 1 of 1 | |
| Date: | 06/27/15 | |
| Route: | | |
| Driver: | | |
| Acct Mgr: | 12  12 Dock Med | |
| Cust PO: | | |
| Ship Via: | C | |

SHIP TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

BILL TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms: NET 10 DAYS
Instr: 12 BILLED WRG ITEM 12

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | S  CS | | 0003338308044 | APPLE 12/3LB RED EASTERN (USA) | 3LB | 100210 | | 19.50 | | 97.50 |
| | 5- CS | | 0003338308313 | APPLE 12/3LB ROME EASTERN (USA | EA | 100240 | | 24.95 | | 124.75- |

MAJOR CATEGORY SUMMARY
DESCRIPTION                                           AMOUNT

01=ALL PRODUCE                                        -27.25

                              **** GRAND TOTAL       -27.25

| Dry: 0 | Refr: 0 | Froz: 0 | Total: 0 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | 27.25- | .00 | 27.25- | |
| | | | | | | Return | |
| | | | | | | Corr Amount | |

X [signature]

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees.
If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

```
                                    Driver Copy                      Invoice:  F06079-00
                              Collins Brothers Produce               Page:     1 of 1
                              PO Box 1025                            Date:     06/27/15
                              Forest Park, GA  30298                 Route:
S  219964                   B  219964                                Driver:
H  SUPER SAVE FOODS         I  SUPER SAVE FOODS                      Acct Mgr: 12 12 Dock Med
I  4100 REDAN RD            L  4100 REDAN RD
P                           L                                        Cust PO:
T  STONE MTN GA 30083       T  STONE MTN GA 30083
O  (404)501-9835            O                                        Ship Via:  WILL CALL/CUST
   Terms:  NET 10 DAYS
   Instr:
```

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 130100 | 1 | CS | 0003338300001 | APPLE 12/3LB RED WASH XFCY (US | EA | 100610 | | 20.50 | | 20.50 |
| 220200 | 1 | CS | 3082 | BROCCOLI CROWNS (MEX) | LB | 120165 | | 16.20 | | 16.20 |
| 240100 | 2 | CS | 0-28764-70223- | CUT&CLEAN GA COLLARD 8/1LB (US | EA | 120973 | | 11.95 | | 23.90 |
| 240100 | 1 | CS | 0-28764-70224- | CUT&CLEAN GA MUSTARD 8/1LB (US | EA | 120974 | | 11.95 | | 11.95 |
| 240100 | 2 | CS | 0-28764-70228- | CUT&CLEAN GA TURNIPS 8/1LB (US | EA | 120976 | | 11.95 | | 23.90 |
| 240100 | 1 | CS | 0-28764-65222- | CUT&CLEAN GA KALE 8/1LB (USA | EA | 120977 | | 11.95 | | 11.95 |
| 210000 | 10 | CS | 0003584912003 | POTATO RUSSET 12/4# #1 (USA) | EA | 123316 | | 10.40 | | 104.00 |
| 240100 | 1 | CS | 68896201106 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 10.50 |
| 240000 | 3 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 32.25 |
| 240000 | 1 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 9.00 |
| 240000 | 1 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 9.50 |
| 240000 | 3 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 35.85 |

```
MAJOR CATEGORY SUMMARY
    DESCRIPTION                               AMOUNT

    01=ALL PRODUCE                            309.50
                                              --------
                        **** GRAND TOTAL      309.50
```

| Dry: 0 | Refr: 27 | Froz: 0 | Total: 27 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | 309.50 | .00 | 309.50 | |
| | | | | | | Return | |
| | | | | | | Corr Amount | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving.

In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _(signature)_

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

| | | |
|---|---|---|
| Invoice: | F06481-00 | |
| Page: | 1 of 1 | |
| Date: | 06/29/15 | |
| Route: | | |
| Driver: | | |
| Acct Mgr: | 12 12 Dock Med | |
| Cust PO: | | |
| Ship Via: | WILL CALL/CUST | |

SHIP TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

BILL TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 130100 | 5 | CS | 0003338308044 | APPLE 12/3LB RED EASTERN (USA) | 3LB | 100210 | | 19.10 | | 95.50 |
| 200100 | 1 | CS | 4261 | COCONUTS 24CT (DR) | EA | 116050 | | 34.25 | | 34.25 |
| 240100 | 3 | CS | 0-28764-70223- | CUT&CLEAN GA COLLARD 8/1LB (US | EA | 120973 | | 12.50 | | 37.50 |
| 240100 | 1 | CS | 0-28764-70224- | CUT&CLEAN GA MUSTARD 8/1LB (US | EA | 120974 | | 12.50 | | 12.50 |
| 240100 | 1 | CS | 0-28764-65222- | CUT&CLEAN GA KALE 8/1LB (USA | EA | 120977 | | 12.50 | | 12.50 |
| 240100 | 2 | CS | 688962013100 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 21.00 |
| 045001 | 6 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 12.70 | | 76.20 |
| 240000 | 3 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 32.25 |
| 240000 | 2 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 18.00 |
| 240000 | 3 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 35.85 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                         AMOUNT

01=ALL PRODUCE
                                    375.55
                                    ------------
            **** GRAND TOTAL        375.55

Dry: 0    Refr: 27    Froz: 0    Total: 27

| Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|
| 375.55 | .00 | 375.55 | |
| | | Return | |
| | | Corr Amount | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

**Driver Copy**

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| Invoice: | F07547-00 |
|---|---|
| Page: | 1 of 1 |
| Date: | 07/02/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

BILL TO:
219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 050300 | 1 | PK | | **SPLIT** PARSLEY ITALIAN 12EA | EA | 119162 | | 9.00 | | 9.00 |
| 050300 | 1 | PK | 4899 | PARSLEY **SPLIT** CALIF 12EA | EA | 119163 | | 9.00 | | 9.00 |
| 120000 | 1 | CS | 0003338366602 | CARROTS MINI PEELED 30/1LB USA | EA | 120370 | | 25.00 | | 25.00 |
| 210000 | 10 | CS | 0003584912003 | POTATO RUSSET 12/4# #1 (USA) | EA | 123316 | | 10.40 | | 104.00 |
| 240100 | 3 | CS | 688962013100 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 31.50 |
| 240100 | 3 | CS | 68896201106 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 31.50 |
| 045001 | 6 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 12.70 | | 76.20 |
| 240000 | 4 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 43.00 |
| 240000 | 3 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 27.00 |
| 240000 | 4 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 38.00 |
| 240000 | 4 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 47.80 |
| 052700 | 1 | CS | | TOFU 12/1# FIRM | EA | 600900 | | 24.95 | | 24.95 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                          AMOUNT

01=ALL PRODUCE                       466.95
                                    ----------
**** GRAND TOTAL                     466.95

Dry: 0  Refr: 41  Froz: 0  Total: 41

| Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|
| 466.95 | .00 | 466.95 | |

Return
Corr Amount

X [signature]

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

SHIP TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

BILL TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 200100 | 1 | CS | 4261 | COCONUTS 24CT (DR) | EA | 116050 | | 34.25 | | 34.25 |
| 110200 | 1 | CS | 4655 | OKRA (USA) | LB | 120965 | | 25.95 | | 25.95 |
| 220200 | 4 | CS | 4616 | GREENS MUSTARD GREENS 24CT (US | EA | 120992 | | 13.50 | | 54.00 |
| 110200 | 1 | CS | 4680 | PEPPERS BELL GOLD 11LB (MEX) | LB | 125322 | | 22.00 | | 22.00 |
| 110200 | 2 | CS | 4784 | SQUASH C/N YELLOW FCY (USA) | LB | 126010 | | 21.95 | | 43.90 |
| 240000 | 2 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 21.50 |
| 240000 | 1 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 9.00 |
| 240000 | 2 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 23.90 |
| 210000 | 2 | CS | 0-94977-00201- | G.F. BASIL 6/.25OZ USA | EA | 131150 | | 4.25 | | 8.50 |
| 210000 | 2 | CS | 0-94977-00207- | G.F DILL 6/.25OZ USA | EA | 131154 | | 4.25 | | 8.50 |
| 210000 | 1 | CS | 0-94977-00213- | G.F MARJORAM 6/.25OZ PERU | EA | 131155 | | 4.25 | | 4.25 |
| 210000 | 2 | CS | 0-94977-00217- | G.F ROSEMARY 6/.25OZ (COL) | EA | 131160 | | 4.25 | | 8.50 |
| 210000 | 1 | CS | 0-94977-00218- | G.F SAGE 6/.25OZ MEX | EA | 131161 | | 4.25 | | 4.25 |
| 210000 | 4 | CS | 0-94977-00222- | G.F THYME 6/.25OZ (COL) | EA | 131163 | | 4.25 | | 17.00 |
| 201500 | 2 | CS | 0004140901105 | CON LEMON JUICE 24/4.5 OZ (USA | EA | 138400 | | 10.75 | | 21.50 |
| 202001 | 1 | CS | 0004140901106 | CON LIME JUICE 24/4.5 (USA) | EA | 138410 | | 10.75 | | 10.75 |
| 110200 | 1 | CS | PERO | PEPPER MINISWEET 12/16OZ | 1LB | 700404 | | 22.50 | | 22.50 |
| 980000 | 1 | CS | 0040701100055 | 58/5 LB. IDAHO POTATOES | EA | 900050 | | 35.00 | | 35.00 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                                AMOUNT
01-ALL PRODUCE                             375.25

Drv: 0   Refr: 31   Froz: 0   Total: 31

| Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|
| | | | CONTINUED |
| | | Return | |
| | | Corr Amount | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _____ (signature)

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

Invoice: F07920-00
Page: 2 of 2
Date: 07/03/15
Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

SHIP TO:
219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

BILL TO:
219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **** GRAND TOTAL | 375.25 | | | | | |

Dry: 0  Refr: 31  Froz: 0  Total: 31

| Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|
| 375.25 | .00 | 375.25 | |
| | | Return | |
| | | Corr Amount | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or procedes from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _____

Driver Copy

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

Invoice: F08409-00
Page: 1 of 2
Date: 07/05/15
Route:
Driver:
Acct Mgr: 12  12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

| | | |
|---|---|---|
| SHIP TO | 219964<br>SUPER SAVE FOODS<br>4100 REDAN RD<br>STONE MTN GA 30083<br>(404)501-9835 | |
| BILL TO | 219964<br>SUPER SAVE FOODS<br>4100 REDAN RD<br>STONE MTN GA 30083 | |

Terms: NET 10 DAYS
Instr: 5;20-p/u

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 210000 | 10 | CS | 4051 | MANGOES 8-10CT TOMMY (MEX) | EA | 116071 | | 5.00 | | 50.00 |
| 052800 | 1 | CS | 4901 | PARSLEY ITALIAN (FLAT)(USA-MEX | EA | 119161 | | 31.50 | | 31.50 |
| 050300 | 1 | PK | 4899 | PARSLEY **SPLIT** CALIF 12EA | EA | 119163 | | 9.00 | | 9.00 |
| 120000 | 1 | CS | 0003338366602 | CARROTS MINI PEELED 30/1LB USA | EA | 120370 | | 25.00 | | 25.00 |
| 240100 | 4 | CS | 0-28764-70223- | CUT&CLEAN GA COLLARD 8/1LB (US | EA | 120973 | | 12.15 | | 48.60 |
| 240100 | 1 | CS | 0-28764-70224- | CUT&CLEAN GA MUSTARD 8/1LB (US | EA | 120974 | | 12.50 | | 12.50 |
| 240100 | 3 | CS | 0-28764-70228- | CUT&CLEAN GA TURNIPS 8/1LB (US | EA | 120976 | | 12.50 | | 37.50 |
| 240100 | 1 | CS | 0-28764-65222- | CUT&CLEAN GA KALE 8/1LB (USA | EA | 120977 | | 12.50 | | 12.50 |
| 240100 | 1 | CS | 0003338367500 | MUSHROOMS 12/8OZ (USA) | EA | 121202 | | 12.95 | | 12.95 |
| 240100 | 1 | CS | 0003338367600 | MUSHROOMS 12/8OZ SLICED (USA) | EA | 121203 | | 14.35 | | 14.35 |
| 240100 | 1 | CS | | MUSH.SLICED BABY BELLA 12/8OZ | EA | 121208 | | 14.45 | | 14.45 |
| 045001 | 5 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 11.55 | | 57.75 |
| 240000 | 3 | CS | 071430010635 | DOLE CLAS GARDN BLEND 12/12 OZ | EA | 127701 | | 10.75 | | 32.25 |
| 240000 | 4 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 36.00 |
| 240000 | 2 | CS | 071430010659 | DOLE SHREDDED LETTUCE 12/8 OZ | EA | 127713 | | 9.50 | | 19.00 |
| 240000 | 5 | CS | 071430010697 | DOLE CLAS ROMAINE SALAD 12/9OZ | EA | 127724 | | 11.95 | | 59.75 |
| 120000 | 4 | CS | 0071575620002 | BERRIES STRAW CALIF 8/1LB (USA | EA | 130025 | | 14.30 | | 57.20 |
| 120000 | 1 | CS | 0071575620002 | BERRIES STRAW DRIS. 8/1LB (USA | EA | 130030 | | 19.95 | | 19.95 |

MAJOR CATEGORY SUMMARY
  DESCRIPTION                                    AMOUNT
    01=ALL PRODUCE                                550.25

Dry: 0    Refr: 49    Froz: 0    Total: 49

| Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|
| | | | CONTINUED |
| | | Return | |
| | | Corr Amount | |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _____

Collins Brothers Produce
PO Box 1025
Forest Park, GA 30298

| | | |
|---|---|---|
| SHIP TO | 219964<br>SUPER SAVE FOODS<br>4100 REDAN RD<br>STONE MTN GA 30083<br>(404)501-9835 | BILL TO | 219964<br>SUPER SAVE FOODS<br>4100 REDAN RD<br>STONE MTN GA 30083 |

Route:
Driver:
Acct Mgr: 12 12 Dock Med
Cust PO:
Ship Via: WILL CALL/CUST

Terms: NET 10 DAYS
Instr: 5;20-p/u

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **** GRAND TOTAL | 550.25 | | | | | |

Dry: 0   Refr: 49   Froz: 0   Total: 49

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving.
In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

| Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|
| 550.25 | .00 | 550.25 | |

Return
Corr Amount

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | | |
|---|---|---|
| Invoice: | F09622-00 | |
| Page: | 1 of 1 | |
| Date: | 07/09/15 | |
| Route: | | |
| Driver: | | |
| Acct Mgr: | 12 12 Dock Med | |
| Cust PO: | | |
| Ship Via: | WILL CALL/CUST | |

SHIP TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

BILL TO: 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 051600 | 1 | CS | | GARLIC / PEELED 4/5LB (USA) | EA | 118115 | | 48.50 | | 48.50 |
| 110200 | 1 | CS | 4530 | BEANS / POLE (USA) | LB | 120110 | | 33.95 | | 33.95 |
| 120000 | 1 | CS | 4554 | CABBAGE RED (USA) | LB | 120230 | | 26.50 | | 26.50 |
| 120000 | 1 | CS | 0003338366602 | CARROTS MINI PEELED 30/1LB USA | EA | 120370 | | 25.00 | | 25.00 |
| 210000 | 10 | CS | | POTATO ID 5/10LB #1 G.GIANT US | EA | 122567 | | 9.25 | | 92.50 |
| 210000 | 12 | CS | 0003584912003 | POTATO RUSSET 12/4# #1 (USA) | EA | 123316 | | 10.15 | | 121.80 |
| 240100 | 3 | CS | 688962013100 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 31.50 |
| 240100 | 3 | CS | 68896201106 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 31.50 |
| 210000 | 2 | CS | 0-94977-00214- | G.F MINT 6/.25OZ (COL) | EA | 131156 | | 4.25 | | 8.50 |
| 210000 | 2 | CS | 0-94977-00222- | G.F THYME 6/.25OZ (COL) | EA | 131163 | | 4.25 | | 8.50 |
| 200100 | 1 | CS | 4931 | PEANUTS RAW 50 LB (USA) | LB | 135010 | | 58.50 | | 58.50 |
| 062100 | 1 | CS | 3064 | HISPANIC ALOE VERA LEAVES (ZAB | EA | 600108 | | 18.00 | | 18.00 |
| 060000 | 1 | PK | 4819 | YELLOW ROOT 50CT (USA) | EA | 600617 | | 58.95 | | 58.95 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                                       AMOUNT

01=ALL PRODUCE                                     563.70

                                  **** GRAND TOTAL  563.70

Dry: 0   Refr: 39   Froz: 0   Total: 39

| Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|
| 563.70 | .00 | 563.70 | |
| | | Return | |
| | | Corr Amount | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

**Driver Copy**

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | |
|---|---|
| Invoice: | F09970-00 |
| Page: | 1 of 1 |
| Date: | 07/10/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

SHIP TO:
219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404)501-9835

BILL TO:
219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 240100 | 4 | CS | 0-28764-70223- | CUT&CLEAN GA COLLARD 8/1LB (US | EA | 120973 | | 12.15 | | 48.60 |
| 240100 | 1 | CS | 0-28764-70224- | CUT&CLEAN GA MUSTARD 8/1LB (US | EA | 120974 | | 12.50 | | 12.50 |
| 240100 | 3 | CS | 0-28764-70228- | CUT&CLEAN GA TURNIPS 8/1LB (US | EA | 120976 | | 12.50 | | 37.50 |
| 240100 | 1 | CS | 0-28764-65222- | CUT&CLEAN GA KALE 8/1LB (USA | EA | 120977 | | 12.50 | | 12.50 |
| 210000 | 10 | CS | 0040701153850 | POTATO RUSSET 5/10# #1 (USA | EA | 123320 | | 9.30 | | 93.00 |
| 240100 | 2 | CS | 688962013100 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 21.00 |
| 240100 | 2 | CS | 68896201106 | WR PEPPER MEDLEY SLICE 6/10 OZ | 10 OZ | 125805 | | 10.50 | | 21.00 |
| 045001 | 5 | CS | 857809001116 | TOMATOES 12/4 PK  USA | 4 | 127630 | | 11.55 | | 57.75 |
| 200100 | 2 | CS | | PEANUTS ROASTED 50 LB | LB | 135011 | | 70.50 | | 141.00 |
| 202102 | 2 | EA | 0007457483651 | GARLIC MINCED 24/4.5 OZ (USA) | EA | 600830 | | 22.25 | | 44.50 |
| 202102 | 2 | EA | 0007457483650 | GARLIC CHOPPED 24/4.5 OZ (USA) | EA | 600831 | | 22.25 | | 44.50 |
| 110200 | 1 | CS | PERO | PEPPER MINISWEET 12/16OZ | 1LB | 700404 | | 22.50 | | 22.50 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                                AMOUNT

01=ALL PRODUCE
                                           556.35
                                        ------------
            **** GRAND TOTAL              556.35

| Dry: 0 | Refr: 35 | Froz: 0 | Total: 35 | Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|---|---|---|---|
| | | | | 556.35 | .00 | 556.35 | |
| | | | | | | Return | |
| | | | | | | Corr Amount | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All products must be washed and/or cooked before serving. In the event action is necessary for the collection of this invoice, customer agrees to pay all costs, including reasonable attorney's fees. If this invoice is not paid according to its terms, you will be charged interest at a rate of 18%, compounded weekly, as provided by law.

X _____

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| Invoice: | F10699-00 |
| --- | --- |
| Page: | 1 of 1 |
| Date: | 07/13/15 |
| Route: | |
| Driver: | |
| Acct Mgr: | 12 12 Dock Med |
| Cust PO: | |
| Ship Via: | WILL CALL/CUST |

```
   219964                      B  219964
   SUPER SAVE FOODS            I  SUPER SAVE FOODS
   4100 REDAN RD               L  4100 REDAN RD
                               L
   STONE MTN GA 30083          T  STONE MTN GA 30083
   (404)501-9835               O
```

Terms:  NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 051403 | 2 | CS | 4013 | ORANGES / CALF VAL CH 56CT(USA | EA | 112035 | | 20.25 | | 40.50 |
| 240100 | 3 | CS | 688962013100 | WR FAJITA MIX 6/10 OZ USA | 10 OZ | 125803 | | 10.50 | | 31.50 |
| 045001 | 8 | CS | 857809001116 | TOMATOES 12/4 PK USA | 4 | 127630 | | 12.70 | | 101.60 |
| 240000 | 3 | CS | 071430010666 | DOLE COLESLAW 12/14OZ | EA | 127709 | | 9.00 | | 27.00 |
| 110200 | 1 | CS | 4761 | HISPANIC SQUASH CHAYOTE (CR) | LB | 600105 | | 24.75 | | 24.75 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                               AMOUNT

01=ALL PRODUCE                            225.35
                                          --------
                    **** GRAND TOTAL      225.35

Dry: 0   Refr: 17   Froz: 0   Total: 17

| Subtotal | Tax | Inv Total | Ext Ret Total |
| --- | --- | --- | --- |
| 225.35 | .00 | 225.35 | |
| | | Return | |
| | | Corr Amount | |

**Collins Brothers Produce**
PO Box 1025
Forest Park, GA 30298

| | | |
|---|---|---|
| Invoice: | F11063-00 | |
| Page: | 1 of 1 | |
| Date: | 07/14/15 | |
| Route: | | |
| Driver: | | |
| Acct Mgr: | 12 12 Dock Med | |
| Cust PO: | | |
| Ship Via: | WILL CALL/CUST | |

**Ship To:** 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083
(404) 501-9835

**Bill To:** 219964
SUPER SAVE FOODS
4100 REDAN RD
STONE MTN GA 30083

Terms: NET 10 DAYS
Instr:

| Slot | Qty | U/M | Brand | Description | Pack | Item | Weight | Price | Sts | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 210000 | 12 | CS | 0003338353010 | POTATO RUSSET 10/5# #1 (USA) | EA | 123315 | | 10.75 | | 129.00 |
| 210000 | 10 | CS | 0040701153850 | POTATO RUSSET 5/10# #1 (USA) | EA | 123320 | | 9.30 | | 93.00 |
| 210000 | 1 | CS | 0003338351010 | POTATOES RED POLY 10/5LB. (USA) | 5LB | 123360 | | 24.00 | | 24.00 |
| 110200 | 1 | CS | | PEPPERS RED 25LB (USA) | LB | 125210 | | 29.00 | | 29.00 |

MAJOR CATEGORY SUMMARY
DESCRIPTION                                AMOUNT

01=ALL PRODUCE                              275.00
                                           ------------
                        **** GRAND TOTAL    275.00

Dry: 0   Refr: 24   Froz: 0   Total: 24

| Subtotal | Tax | Inv Total | Ext Ret Total |
|---|---|---|---|
| 275.00 | .00 | 275.00 | |
| | | Return | |
| | | Corr Amount | |

X _____ (signature)